STANLEY GRABOWSKI, Appellant, v. MOOSE RIVER LUMBER CORP., Respondent. — Order reversed on the law and facts and verdict reinstated, with costs. Memorandum: The evidence supports the verdict. We find no sufficient basis in the record for any reduction. All concur. (The order sets aside the verdict of a jury in favor of plaintiff on the ground that the verdict was excessive and grants a new trial in an automobile negligence action, unless plaintiff stipulate to reduce the amount of the verdict.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

A. CIMPI EXPRESS LINES, INC., Appellant, v. WILLIAM G. KILCOYNE, Respondent. (Action No. 1.) WILLIAM G. KILCOYNE, Respondent, v. A. CIMPI EXPRESS LINES, INC., et al., Appellants. (Action No. 2.) — Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. (The portion of the order appealed from fixes the venue of the consolidated action in Putnam County.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS O'CONNOR, Apellant.— Motion for reargument denied. Present — Taylor, P. J., Dowling, Harris and McCurn, JJ. [See 268 App. Div. 954.]

In the Matter of the Will of THEODORE O. HAMLIN, Deceased. AMERICAN BIBLE SOCIETY et al., Appellants; ESTHER H. COVILL, Respondent.— Motion for reargument denied. Present — Dowling, Harris, McCurn and Larkin, JJ. [See 268 App. Div. 953.]

ERMINDA A. CARLSON, Respondent, v. SIDNEY H. CARLSON, Appellant.— Motion for reargument denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ. [See ante, p. 21.]

## FIRST DEPARTMENT, APRIL, 1945.

### (April 2, 1945.)

PAUL H. BELL et al., Appellants, v. DAVID SULLIVAN, Individually and as President of Local 32B, Building Service Employees' International Union, Respondent, et al., Defendants.— Orders unanimously affirmed each, with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

### (April 3, 1945.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK STEELE, Appellant, against WARDEN OF CITY PRISON OF THE CITY OF NEW YORK, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK STEELE, Appellant, against WARDEN OF CITY PRISON OF THE CITY OF NEW YORK, Respondent.— Orders unanimously modified by striking therefrom so much thereof as changes the bail as fixed by the Court of General Sessions, and as so modified affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

### (April 4, 1945.)

In the Matter of the Application of VINCENT AUFIERI for Reinstatement as an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.